IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG-D CONSTRUCTION CORP. CALIFORNIA, </br></br> Plaintiff, </br></br> vs. </br></br> LEPRINO FOODS COMPANY, et al, </br></br> Defendant. | No. CV-F-05-0435 AWI/SMS </br></br> ORDER RELATING ACTION, TRANSFERRING ACTION FROM DOCKETS OF JUDGE ISHII AND MAGISTRATE JUDGE SNYDER TO DOCKETS OF JUDGE COYLE AND MAGISTRATE JUDGE O'NEILL, AND SETTING MOTION TO DISMISS FOR IMPROPER VENUE FOR HEARING BEFORE JUDGE COYLE ON MONDAY, MAY 23, 2005 AT 1:30 P.M. |

Pursuant to Rule 83-123, Local Rules of Practice, the court concludes that this action is related within the meaning of the rule to <u>Big-D Construction Corp. California v. Leprino Foods Company, et al.</u>, No. CV-F-03-6354 REC/LJO.

Consequently, the court transfers this action from the dockets of Judge Ishii and Magistrate Judge Snyder to the dockets of Judge Coyle and Magistrate Judge O'Neill. All further pleadings filed in this action shall contain the designation

1

1  "REC/LJO".
2      The court also sets oral argument on Leprino Foods Company's
3  motion to dismiss for improper venue for Monday, May 23, 2005 at
4  1:30 p.m.
5      IT IS SO ORDERED.
6  **Dated: April 26, 2005**              **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE