IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG-D CONSTRUCTION CORP-CALIFORNIA,<br><br>            Plaintiffff,<br><br>    vs.<br><br>LEPRINO FOODS COMPANY, et al.,<br><br>            Defendants._____ / | CASE NO. CV-F-03-6354 REC LJO<br><br>**ORDER TO STAY ACTION AND TO SET STATUS CONFERENCE**<br><br>Date:   October 18, 2005<br>Time:  8:30 a.m.<br>Dept.:  6 (LJO) |

   This Court conducted a May 13, 2005 status conference to address a stay of this action and the status of matters on appeal and related litigation. Plaintiff Big-D Construction Corp-California appeared by telephone by counsel Daniel J. Nevis, Miller, Morton, Caillat & Nevis, LLP. Defendant University Marelich Mechanical appeared by counsel Lawrence Phillips, McKenna, Long & Aldridge LLP. Counsel requested to stay this action pending an appeal before the Ninth Circuit Court of Appeals.

   On the basis of good cause, this Court:

1. STAYS this action during the appeal before the Ninth Circuit;
2. DIRECTS Mr. Nevis to inform this Court of the Ninth Circuit's decision when it is rendered; and
3. SETS a status conference for October 18, 2005 at 8:30 a.m. in Department 6 (LJO). Counsel are encouraged to appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 498-7322.  At the status

1   conference, counsel shall be prepared to discuss the status of the Ninth Circuit appeal and
2   related litigation and whether to continue the stay of this action.
3   IT IS SO ORDERED.
4   **Dated:   May 13, 2005**              /s/ **Lawrence J. O'Neill**
    66h44d                                 UNITED STATES MAGISTRATE JUDGE