IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG-D CONSTRUCTION CORP., ) | No. CV-F-03-6354 REC |
| ) | |
| ) | ORDER DENYING LEPRINO FOODS |
| ) | COMPANY'S SUPPLEMENTAL |
| Plaintiff, ) | MOTION FOR ATTORNEYS' FEES |
| ) | AND MOTION TO ENFORCE ORDER |
| vs. ) | AND FOR SANCTIONS WITHOUT |
| ) | PREJUDICE |
| ) | |
| LEPRINO FOODS COMPANY, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

    Because of the stay of this action pending resolution of the appeal to the Ninth Circuit issued by Magistrate Judge O'Neill, the court denies Leprino Foods Company's supplemental motion for attorneys' fees and motion to enforce order and for sanctions without prejudice.

    The court denies these motions without prejudice for administrative record keeping purposes. If appropriate, these motions shall be re-noticed for hearing pursuant to the court's law and motion calendar following resolution of the appeal to the

1

1 | Ninth Circuit.

2 |     IT IS SO ORDERED.

3 | **Dated:  May 17, 2005**                 **/s/ Robert E. Coyle**
4 | 668554                                 UNITED STATES DISTRICT JUDGE