Patrick T. Markham, Esq. - Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
8880 Cal Center Drive, Suite 100
Sacramento, California 95826
Telephone: (916) 854-5969
Facsimile: (916) 854-5965


Attorneys for Defendant,
LEPRINO FOODS COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO DIVISION)**

| | |
|---|---|
| BIG-D CONSTRUCTION CORP.-CALIFORNIA, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation, MARELICH MECHANICAL CO., INC., a California corporation, doing business as UNIVERSITY MARELICH MECHANICAL; GLOBAL INDUSTRIAL CONTRACTORS, INC., a California corporation; NORTHRIDGE EQUIPMENT CO., a California corporation; JCH ENTERPRISES, INC., a California corporation; STAINLESS DISTRIBUTORS, a California corporation; LABOR READY SOUTHWEST, INC., a Washington corporation; INDUSTRIAL CONTROL AND DESIGN, INC., a California corporation; and DOES 1 through 500, inclusive,<br><br>Defendants.<br>_____ | CASE NO. CIV-F-03-6354 OWW LJO<br><br>**ORDER ON STIPULATED JOINT MOTION TO EXONERATE BOND AND TO WITHDRAW LEPRINO FOODS COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

///
///
///
///
///

**[PROPOSED] ORDER ON STIPULATED JOINT MOTION TO EXONERATE BOND AND TO WITHDRAW LEPRINO FOODS COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Jacobson Markham LLP
Sacramento, California

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED, based upon the stipulation and agreement by and between the parties that the litigation bond posted by Leprino in the United States District Court for the Eastern District of California be exonerated subject to the parties' Confidential Settlement Agreement and Mutual Releases dated April 3, 2006 and that the original bond be returned to Leprino through its counsel of record, that Leprino's Motion for Attorneys' Fees and Costs filed July 23, 2004 be withdrawn, and that each party shall bear its own fees and costs.

Dated: _June 8, 2006__                           /s/ OLIVER W. WANGER_____
                                                 Judge of the United States District Court

2

**Jacobson Markham LLP**
**Sacramento, California**

[PROPOSED] ORDER ON STIPULATED JOINT MOTION TO EXONERATE BOND AND TO WITHDRAW LEPRINO FOODS COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS