FRANCIS J. HUGHES, ESQ., SBN 61569
DANIEL J. NEVIS, ESQ., SBN 227829
**MILLER, MORTON, CAILLAT & NEVIS, LLP**
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for
BIG-D CONSTRUCTION CORP-CALIFORNIA and FEDERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (FRESNO DIVISION)

| | |
|---|---|
| BIG-D CONSTRUCTION CORP-CALIFORNIA, a Utah corporation, <br><br> Plaintiff, <br><br> v. <br><br> LEPRINO FOODS COMPANY, a Colorado corporation; MARELICH MECHANICAL CO., INC., a California corporation, doing business as UNIVERSITY MARELICH MECHANICAL; et al. <br><br> Defendants. | Case No.  CIV F-03-6354 OWW LJO <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTIONS** |
| MARELICH MECHANICAL COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BIG-D CONSTRUCTION CORP – CALIFORNIA; FEDERAL INSURANCE COMPANY; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.  CIV F-04-5111 REC LJO |

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando, Suite 1300
San Jose, CA 95113

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTIONS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER ENTERED BY UNITED STATES DISTRICT COURT JUDGE :**

Upon the Stipulation of the Parties and good cause appearing therefor, it is hereby Ordered that:

1.     The civil action entitled Big-D Construction Corp – California v. Leprino Foods Company et al,, Case No. CIV-F-03-6354 OWW LJO, is hereby dismissed with prejudice as to Defendant University Marelich Mechanical and without prejudice as to any remaining Defendants; and

2.     The civil action entitled Marelich Mechanical Company v. Big-D Construction Corp – California et al., Case No. CIV-F-04-5111 REC LJO, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  _____9/1/06 _____          __/s/ Oliver W. Wanger_____
                                       United States District Court Judge
                                       Eastern District of California

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:11861.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando, Suite 1300
San Jose, CA 95113

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTIONS

PDF created with pdfFactory trial version www.pdffactory.com